UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE EUGENE DOOLIN,

    Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 17-cv-12546

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

<u>ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18);
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 16);
(3) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 14); and
(4) AFFIRMING THE DECISION OF THE COMMISSIONER</u>

On July 31, 2018, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Supplemental Security Income. (ECF No. 18, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 18), DENIES

1

Plaintiff's Motion for Summary Judgment (ECF No. 14), GRANTS Defendant's Motion for Summary Judgment (ECF No. 16), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

/s/ Paul D. Borman
Paul D. Borman
United States District Judge

Dated: SEP 14 2018